IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

Roland Abisia

    Petitioner,

    v.

United States of America

\*   \*   \*   \*   \*   \*

CV-05-00041

CR/96-00089

FILED
DISTRICT COURT OF GUAM

DEC 27 2005

MARY L.M. MORAN
CLERK OF COURT

## MOTION TO PRESERVE A BOOKER CLAIM

Comes now the petitioner Roland Abisia pro se, humbly and respectfully files this motion preserving a "Booker" claim in the event that the Supreme Court declare Booker, retroactive for collateral review.

The petitioner's understanding is that the Supreme Court will determine whether Booker, is retroactive for collateral review sometime within the next year. Moreover, that petitioner should file his claim for relief by January 12, 2006. Petitioner files this motion at this time so that he will not be "time-barred" from raising this claim at a later time. Petitioner contends that his sentence and conviction is in violation of the Sixth Amendment.

Respectfully Submitted,

Roland Abisia#01292-093
Federal Correctional Inst.
1900 Simler Avenue
Big Spring Texas 79720
Sunrise Unit

ORIGINAL

## CERTIFICATE OF SERVICE

I hereby Certify and declare that a true and accurate copy of the foregoing motion to preserve a Booker Claim was mailed First Class Mail on this _12TH_ day of _DECEMBER_ 2005, to the following parties below:

Assistant United States Attorney
Mark Kondas, Suite 502 A. PNB,
Agana, Guam 96910.

2

109