# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>        vs.<br><br>Roland Abisia,<br><br>        Defendant. | Case No. 1:96-cr-00089<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Petition Pursuant to 18 U.S.C. 1651 All Writs Act; 28 U.S.C. 2255; 28 U.S.C. 2241, Extraordinary Writs Error Coram Nobis Audita Querela and the Motion to Preserve a Booker Claim filed December 27, 2005*, on the dates indicated below:

*U.S. Attorney's Office*
*December 29, 2005*

The following individual was served by first class mail on December 28, 2005:

    Roland Abisia

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Petition Pursuant to 18 U.S.C. 1651 All Writs Act; 28 U.S.C. 2255; 28 U.S.C. 2241, Extraordinary Writs Error Coram Nobis Audita Querela and the Motion to Preserve a Booker Claim filed December 27, 20*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 29, 2005                  /s/ Leilani R. Toves Hernandez
                                                                            Deputy Clerk