# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>    vs.<br><br>Roland Abisia,<br><br>              Defendant. | Case No. 1:96-cr-00089<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order dismissing Petition Pursuant to 18 U.S.C. 1651 All Writs Act; 28 U.S.C. 2255; 28 U.S.C. 2241, Extraordinary Writs Error Coram Nobis Audita Querela; and dismissing Motion to Preserve a Booker Claim and Notice of Entry of Order filed January 20, 2006*, on the dates indicated below:

U.S. Attorney's Office
*January 23, 2006*

The following individual was served by first class mail on January 23, 2006:

    Roland M. Abisia

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order dismissing Petition Pursuant to 18 U.S.C. 1651 All Writs Act; 28 U.S.C. 2255; 28 U.S.C. 2241, Extraordinary Writs Error Coram Nobis Audita Querela; and dismissing Motion to Preserve a Booker Claim and Notice of Entry of Order filed January 20, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 23, 2006                                /s/ Marilyn B. Alcon
                                                                         Deputy Clerk