# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

               Plaintiff,

      vs.

Roland Abisia,

               Defendant.

Case No. 1:96-cr-00089

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Motion for Reconsideration Requesting the District Court to Assume Jurisdiction of Petitioner's Multi-Jurisdictional Petition; Certificate of Service filed February 27, 2006***, on the dates indicated below:

*U.S. Attorney's Office*
*February 28, 2006*

The following individual was served by first class mail on February 28, 2006:

    ***Roland Abisia***

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Motion for Reconsideration Requesting the District Court to Assume Jurisdiction of Petitioner's Multi-Jurisdictional Petition; Certificate of Service filed February 27, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 28, 2006

           /s/ Leilani R. Toves Hernandez
              Deputy Clerk