**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| ROLAND M. ABISIA, <br><br> Defendant-Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Respondent. | Criminal Case No. 96-00089 <br><br> Civil Case No. 05-00041 <br><br><br> **ORDER** |

This matter comes before the Court on Petitioner Roland M. Abisia's ("Abisa") Motion for Reconsideration of the Court's DENIAL of his motion to correct sentence pursuant to 28 U.S.C. §§ 2255, 2241, and 1651.[1]

A Motion for Reconsideration should be denied unless it raises new factual or legal arguments. *See, Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). In his motion for reconsideration, Abisia essentially reasserts the arguments raised in his initial motions. The Court finds no new legal or factual basis upon which to grant relief. Accordingly, the Motion for Reconsideration is DENIED.

**SO ORDERED** this ___ day of March, 2006.

Donald W. Molloy[*]
United States District Judge

---

[1] The petition was titled "Petition Pursuant to 28 U.S.C. § 1651 All Writs Act; 28 U.S.C. § 2255; 28 U.S.C. § 2241; Extraordinary Writs Error Coram Nobis Audita Querela" ("Petition"). In addition to said petition Abisa filed a motion entitled "Motion to Preserve Booker Claim." See Docket Nos. 62 and 63 respectively. See Docket No. 65 for this Court's Order denying the petition.

[*] The Honorable Donald W. Molloy, United States Chief District Judge for Montana, by designation.