IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

Roland Abisia
    Defendant

CR/96-000-889

Civil-05-00041

v.

United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

NOTICE OF APPEAL

Comes now, Roland Abisia appeals the judgement entered by the court on March 7, 2006 by the Honorable Judge Molloy.

Respectfully Submitted,

Roland Abisia #01292-093
Federal Correctional Inst
1900 Simler Avenue
Big Spring Texas 79720
Sunrise Unit

CERTIFICATE OF SERVICE

I hereby Certify and declare that a true and accurate copy of the foregoing notice of appeal was mailed First Class Mail to the following parties below:

A.U.S.A. District Court of Guam
4th Floor U.S. Courthouse 520 West Soledad Avenue
Hagatna, Guam 96910

3-22-06

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| ROLAND M. ABISIA, <br> Defendant-Petitioner, <br> vs. <br> UNITED STATES OF AMERICA, <br> Plaintiff-Respondent. | Criminal Case No. 96-00089 <br> Civil Case No. 05-00041 <br><br> **ORDER** |

This matter comes before the Court on Petitioner Roland M. Abisia's ("Abisa") Motion for Reconsideration of the Court's DENIAL of his motion to correct sentence pursuant to 28 U.S.C. §§ 2255, 2241, and 1651.[1]

A Motion for Reconsideration should be denied unless it raises new factual or legal arguments. *See, Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). In his motion for reconsideration, Abisia essentially reasserts the arguments raised in his initial motions. The Court finds no new legal or factual basis upon which to grant relief. Accordingly, the Motion for Reconsideration is DENIED.

SO ORDERED this 7 day of March, 2006.

Donald W. Molloy[*]
United States District Judge

---

[1] The petition was titled "Petition Pursuant to 28 U.S.C. § 1651 All Writs Act; 28 U.S.C. § 2255; 28 U.S.C. § 2241; Extraordinary Writs Error Coram Nobis Audita Querela" ("Petition"). In addition to said petition Abisa filed a motion entitled "Motion to Preserve Booker Claim." *See* Docket Nos. 62 and 63 respectively. *See* Docket No. 65 for this Court's Order denying the petition.

[*] The Honorable Donald W. Molloy, United States Chief District Judge for Montana, by designation.

GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100

| | |
|---|---|
| USA,<br><br>         Plaintiff,<br><br>    vs.<br><br>Roland M. Abisia,<br><br>         Defendant. | Case No. 1:96-cr-00089 |

## NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order denying Motion for Reconsideration Requesting the District Court to Assume Jurisdiction of Petitioner's Multi-Jurisdictional Petition*
*Date of Entry of Order: March 8, 2006*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

Date: March 8, 2006

Clerk of Court
/s/ Mary L.M. Moran