

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| ROLAND M. ABISIA, | Criminal Case No. 96-00089 |
| Defendant-Petitioner, | Civil Case No. 05-00041 |
| vs. | |
| UNITED STATES OF AMERICA, | **ORDER** |
| Plaintiff-Respondent. | |

This matter comes before the Court with respect to Petitioner Roland M. Abisia's ("Abisa") Notice of Appeal regarding this Court's Order filed March 8, 2006. *See* Docket No. 70. A Notice of Appeal shall be construed as an Application for a Certificate of Appealability. *See,* FED. R. APP. P. 22(b). A certificate of appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Abisia has not substantially demonstrated the denial of his constitutional rights, pursuant to 28 U.S.C. § 2253(c)(2). Nor has he demonstrated that the issues surrounding this Court's dismissal of Abisia's § 2255 petition and denial of his motion to reconsider are "debatable among jurists of reason." *See, Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). Accordingly, Abisia's motion for a certificate of appealability is DENIED.

**SO ORDERED** this 3 day of April, 2006.

/s/ Roger T. Benitez
**ROGER T. BENITEZ**
**United States District Judge**

ORIGINAL

---

* The Honorable Roger T. Benitez, United States District Judge for Southern California, by designation.

Case 1:96-cr-00089  Document 74  Filed 04/03/06  Page 1 of 1