# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Roland M. Abisia,<br><br>Defendant-Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Plaintiff-Respondent. | Case No. 1:96-cr-00089<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Appeal filed March 29, 2006 and Order filed April 3, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*March 31, 2006 (Notice of Appeal)*
*April 3, 2006 (Order)*

The following individual was served by first class mail on April 4, 2006:

    Roland M. Abisia

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Appeal filed March 29, 2006 and Order filed April 3, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 4, 2006                                    /s/ Marilyn B. Alcon
                                                                               Deputy Clerk