# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Rolando M. Abisia,<br><br>    Defendant. | Case No. 1:96-cr-00089<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Order filed July 31, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*August 2, 2006*

The following individual was served by first class mail on August 1, 2006:

  Rolando M. Abisia

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Order filed July 31, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 2, 2006            /s/ Marilyn B. Alcon
                           Deputy Clerk